UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO ALIAGA AGUERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PHILLIP T. ESNOZ, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01237-BAK (EPG)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2). |

　　　　Plaintiff Jose Antonio Aliaga Aguero is proceeding through counsel in this action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed in forma pauperis (ECF No. 2) is granted.

IT IS SO ORDERED.

　　Dated:　**October 3, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1