# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO ALIAGA AGUERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP T. ESNOZ, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:22-cv-01237-CDB<br><br>ORDER DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(ECF Nos. 2, 4) |

Plaintiff commenced this action by filing a complaint and motion to proceed *in forma pauperis*. (ECF Nos. 1, 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court granted Plaintiff's motion to proceed *in forma pauperis* on October 3, 2022. (ECF No. 4).

Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to issue the summons as to the defendants, Western Range Association, and Phillip T. Esnoz;
2. The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case Documents, including the Order regarding Consent, the Consent Form, and USM-285

1

Forms; and

3. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendants as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated:   **October 17, 2022**

UNITED STATES MAGISTRATE JUDGE