1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE ANTONIO ALIAGA AGUERO,                Case No. 1:22-cv-01237-KES-CDB

12                      Plaintiff,                ORDER GRANTING STIPULATED
                                                  REQUEST TO EXTEND DISCOVERY
13           v.                                   AND MOTION DEADLINES AND
                                                  AMENDING SCHEDULING ORDER <u>AS</u>
14    PHILLIP T. ESNOZ, *et al.*,                 <u>MODIFIED</u>

15                      Defendants.               (Doc. 68)

16

17

18    **Background**

19           Pending before the Court is the parties' stipulated request to extend discovery and motion

20    deadlines.  (Doc. 68).

21           In support of the request, the parties represent that Plaintiff Jose Antonio Aliaga Aguero

22    deposed Defendant Philip T. Esnoz on February 6, 2025, and that Defendants deposed Plaintiff on

23    February 18, 2025.  Plaintiff plans to depose Monica Youree, the former executive director of

24    Defendant Western Range Association, the coordination of which is currently in progress, with

25    completion anticipated by March 2025.  Following these depositions, Plaintiff anticipates requiring

26    additional time for non-expert discovery, due to information gained therefrom.  The parties have

27    agreed to mediation with the anticipated mediation to take place by May 2025.  *Id.* at 2.  If

28    unsuccessful, Plaintiff intends to depose Esnoz's employees and accountant and Western Range

1    Association's employee Rosa Canchoa, and issue third-party subpoenas regarding Esnoz's payroll

2    and tax practices. The parties wish to extend discovery deadlines to allow for additional discovery

3    if the parties fail to reach an agreement at mediation. *Id.* at 3.

4    **Discussion**

5       The parties propose the following extended deadlines (*id.* at 3):

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | 03/24/2025 | 06/23/2025 |
| Expert Disclosure Deadline | 04/07/2025 | 07/07/2025 |
| Rebuttal Disclosure Deadline | 05/05/2025 | 08/04/2025 |
| Expert Discovery Deadline | 06/06/2025 | 09/04/2025 |
| Mid-Discovery Status Conference | 02/04/2025 | |
| Non-Dispositive Motion Filing Deadline | 06/23/2025 | 09/22/2025 |
| Non-Dispositive Motion Hearing | 07/25/2025 | 10/23/2025 |
| Dispositive Motion Filing Deadline | 08/11/2025 | 11/10/2025 |
| Dispositive Motion Hearing | 09/22/2025 | 12/22/2025 |
| Pre-Trial Conference | 01/26/2026 | |
| Trial | 03/24/2026 | |

18
19       For good cause shown, the parties' stipulated request to extend discovery and motion deadlines (Doc. 68) will be granted.

20
21
22
23       Given the extension of other deadlines, it is impractical to grant the parties' request while maintaining the current mid-discovery status conference, pretrial conference, and trial dates. As such, and to comport with the assigned district judge's scheduling protocols, the mid-discovery status conference, pre-trial conference, and trial dates will be extended.

24
25
26
27       In light of the significant extensions of time granted herein, **the Court admonishes the parties** that it is unlikely to grant further extensions of time, including to accommodate possible settlement discussions (which the Court expects to be undertaken in parallel with the extended case management dates granted) absent extraordinary circumstances.

28    ///

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 48) be amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| 1.  Non-Expert Discovery Deadline | 03/24/2025 | **06/23/2025** |
| 2.  Expert Disclosure Deadline | 04/07/2025 | **07/07/2025** |
| 3.  Rebuttal Disclosure Deadline | 05/05/2025 | **08/04/2025** |
| 4.  Expert Discovery Deadline | 06/06/2025 | **09/04/2025** |
| 5.  Mid-Discovery Status Conference | 02/04/2025 | **05/19/2025** |
| 6.  Non-Dispositive Motion Filing Deadline | 06/23/2025 | **09/22/2025** |
| 7.  Non-Dispositive Motion Hearing | 07/25/2025 | **10/23/2025** |
| 8.  Dispositive Motion Filing Deadline | 08/11/2025 | **11/10/2025** |
| 9.  Dispositive Motion Hearing | 09/22/2025 | **12/22/2025** |
| 10. Pre-Trial Conference | 01/26/2026 | **04/27/2026** |
| 11. Trial | 03/24/2026 | **06/23/2026** |

IT IS SO ORDERED.

Dated:   __**March 5, 2025**__

_____
UNITED STATES MAGISTRATE JUDGE